CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 30 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **MARY SHARON WALKER,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action Nos.: 7:12-cv-564; |
| **v.** ) | 7:12-cv-615 |
| ) | |
| **NEW ENGLAND COMPOUNDING** ) | **ORDER** |
| **PHARMACY INC. et al.,** ) | |
| ) | **Hon. James C. Turk** |
| **Defendants.** ) | **Senior United States District Judge** |
| ) | |
| **BASIL E. PROFFITT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **NEW ENGLAND COMPOUNDING** ) | |
| **PHARMACY INC. et al.,** ) | |
| ) | |
| **Defendants.** ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

### ADJUDGED AND ORDERED

that the Motions for Reconsideration (ECF Nos. 28, 27) are **DENIED**.

The Clerk is directed to send copies of this order to counsel of record for all parties.

ENTER: This _30th_ day of May, 2013.

_____

Hon. James C. Turk
Senior United States District Judge